# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BRIAN HAWKINS,

        Petitioner,  :  Case No. 3:19-cv-072

- vs -          District Judge Thomas M. Rose
        Magistrate Judge Michael R. Merz

TIMOTHY SHOOP, Warden,
  Chillicothe Correctional Institution

                        :

        Respondent.

## RECOMMITTAL ORDER

This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 20) to the Magistrate Judge's Report and Recommendations (ECF No. 19), recommending dismissal of the Petition.

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

December 20, 2019                                                   *s/Thomas M. Rose

                                                                           Thomas M. Rose
                                                                   United States District Judge